**No. 10-7431. Glynis Bethel, Petitioner v. City of Bay Minette, Alabama.**

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 791.

January 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 77 So. 3d 626.

**No. 10-7433. Tommy Gastello, Petitioner v. California.**

562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 845.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 395, 110 Cal. Rptr. 3d 658, 232 P.3d 650.

**No. 10-7439. John Rogers, Petitioner v. Robert Horel, Warden, et al.**

562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 766.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7442. Daniel Lee Knod, Petitioner v. Texas.**

562 U.S. 1184, 131 S. Ct. 1037, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 883.

January 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-7444. Majed Subh, Petitioner v. Wal-Mart Stores East, L.P.**

562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 721.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 29.

**No. 10-7445. Johanson Watson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 873,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7451. Alonzo Dean Shephard, Petitioner v. CBS President, et al.**

562 U.S. 1184, 131 S. Ct. 1005, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 862.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-7455. Randy Herman Swopes, Petitioner v. Illinois.**

562 U.S. 1184, 131 S. Ct. 1006, 178 L. Ed. 2d 836, 2011 U.S. LEXIS 820,

January 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.